IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL TORNEY GIBSON,
Plaintiff,

vs. Case No.: 3:18cv2163/MCR/EMT

DAVID NEIL SLOCOVICH,
Inmate #P36608,
Defendant.
_________________________________/

**O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated December 6, 2018 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED with prejudice**, for failure to state a claim

upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 10th day of January 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**